

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2023

No. 04-22-00803-CR

Kelvin James **BROWN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2020-0167-CR
Honorable Robert E. Cadena, Judge Presiding

# O R D E R

On January 9, 2023, the court reporter filed a notification of late record requesting an extension until April 16, 2023. We GRANT IN PART the reporter's request for extension. *See* TEX. R. APP. P. 35.3(c) ("Each extension must not exceed 30 days in an ordinary or restricted appeal . . ."). The court reporter is ORDERED to file the reporter's record with this court **no later than February 8, 2023**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2023.

_____
Michael A. Cruz,
Clerk of Court